UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES HALL & ALMA HALL<br>    Plaintiff<br><br>v.<br><br><br>BUREAU OF COLLECTION RECOVERY, LLC<br>    Defendant | CIVIL ACTION<br><br>COMPLAINT<br><br><br><br><br>JUNE 4, 2010 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by two consumers who have been harassed and abused by Defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* and includes a pendent State law claim for violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a et seq.

### II. PARTIES

2. Plaintiff Alma Hall is a natural person residing in Pawcatuck, Connecticut.

3. Plaintiff Charles Hall is a natural person residing in Pawcatuck, Connecticut and is the husband of Plaintiff Alma Hall.

4. The defendant, Bureau of Collection Recovery, LLC ("BCR"), is a limited liability corporation located in Minnesota and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency.

## III. JURISDICTION

5. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, 1367 and 1337, and Fed. R. Civ. P. 18(a).

6. This Court has jurisdiction over BCR because it engages in debt collection activities within Connecticut.

7. Venue in this Court is proper, as Plaintiffs are residents of Connecticut and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

8. Plaintiffs had opened a Chase Visa account and accrued a debt (the "Debt").

9. Plaintiffs subsequently hired an attorney for the purposes of filing for bankruptcy, and the Debt was to be included in the proposed bankruptcy filing.

10. BCR began contacting Plaintiffs in an attempt to collect the Debt.

11. Sometime around the end of May 2010, a BCR representative named Ryan McGrath called Plaintiffs and spoke with Plaintiff Alma Hall, and during that conversation, she provided him with contact information for Plaintiffs' attorney.

12. In response, Mr. McGrath told Plaintiff Alma Hall that he could not contact Plaintiffs' attorney, and he proceeded to attempt to try and convince her to enter into a settlement agreement, and he suggested that she should call her attorney to discuss the offer because it was in Plaintiffs' best interest to accept that offer.

## V. COUNT ONE

### Fair Debt Collection Practices Act

13. Plaintiffs incorporate Paragraphs 1-12.

14. BCR violated the FDCPA, 15 U.S.C. § 1692c(a)(2) by attempting to collect the Debt from Plaintiff Alma Hall notwithstanding BCR had already been provided with contact information for Plaintiffs' attorney.

15. BCR violated FDCPA § 1692e(10) when its representative deceptively told Plaintiff Alma Hall that BCR could not contact Plaintiffs' attorney.

16. BCR violated FDCPA § 1692d by harassing and abusing Plaintiffs as described above.

17. For BCR's violations of the FDCPA as described above, Plaintiffs are entitled to recover their actual damages, statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

## VI. COUNT TWO

### Connecticut Unfair Trade Practices Act

18. Plaintiffs incorporate Paragraphs 1-12.

19. BCR violated CUTPA by its debt collection activities described above.

20. BCR's acts as described above were unfair, immoral, unethical, oppressive and unscrupulous as such to cause substantial injury to consumers.

21. The plaintiffs have sustained an ascertainable loss as a result of BCR's acts.

22. BCR is liable to Plaintiffs for their actual damages, attorney's fees and costs, and punitive damages pursuant to Conn. Gen. Stat. § 42-110g.

WHEREFORE, the Plaintiffs pray for the following relief:

Actual damages, statutory damages, and attorney's fees and costs pursuant to 15 U.S.C. § 1692k; monetary damages pursuant to Conn. Gen. Stat. §42-110g; punitive damages pursuant to Conn. Gen. Stat. § 42-110g; attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g, and such other relief as this Court deems appropriate.

PLAINTIFFS, ALMA HALL & CHARLES HALL

By: _____
Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax. (860) 571-7457