UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES HALL & ALMA HALL ) | CASE NO. |
|     Plaintiff ) | 3:10-CV-00897(VLB) |
| ) | |
| v. ) | |
| ) | |
| BUREAU OF COLLECTION RECOVERY, LLC ) | |
|     Defendant ) | AUGUST 25, 2010 |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule Rule 41(a)(1)(A)(i), the plaintiffs, Charles Hall and Alma Hall, through their attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, without costs or attorney's fees.

**PLAINTIFFS, ALMA HALL & CHARLES HALL**

By: /s/Daniel S. Blinn____
    Daniel S. Blinn, ct02188
    Matthew W. Graeber, ct27545
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax. (860) 571-7457

## **CERTIFICATION**

    I hereby certify that on this 25th day of August, 2010, a copy of foregoing Notice of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                         /s/Daniel S. Blinn
                                         Daniel S. Blinn